STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071
E-mail – sellingson@hayesscott.com

Attorney for Plaintiff
HERMAN MILLER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAOERFU FURNITURE FACTORY and FOSHAN YUSHI FURNITURE CO., LTD., <br><br> Defendants. | CASE NO. 3:11-cv-00872 CRB <br><br> **ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]** <br><br> Date: July 12, 2011 <br> Time: 8:30 a.m. <br> Ctrm.: 6, 17th Floor <br> Judge: Charles R. Breyer |

Pursuant to Local Rule 7-11, plaintiff Herman Miller, Inc. hereby submits this administrative request for a continuation of the Initial Case Management Conference, currently set for July 12, 2011 at 8:30 a.m. Herman Miller respectfully submits there is good cause to continue the Case Management Conference because no defendants have yet appeared in this action. The defendants are Chinese companies. Herman Miller has had the complaint translated into Chinese and submitted it for service pursuant to the Hague Convention.

Dated: June 27, 2011        HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: /s/
STEPHEN P. ELLINGSON
Attorneys for Plaintiff
HERMAN MILLER, INC.

324475                                -1-

ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER - CASE NO. 3:11-cv-00872-CRB

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFORE, Herman Miller's administrative request for a continuation of the Initial Case Management Conference is hereby granted. Said motion is hereby deemed filed as of the date of this Order. The Initial Case Management Conference is hereby continued to September 23, 2011 at 8:30 a.m. in Courtroom 6, 17th Floor.

Dated: _____ June 29 _, 2011

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



324475                                          -2-

ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER - CASE NO. 3:11-cv-00872-CRB