STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071
E-mail – sellingson@hayesscott.com

Attorney for Plaintiff
HERMAN MILLER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC., | CASE NO. 3:11-cv-00872 CRB |
| Plaintiff, | **STATUS OF SERVICE AND ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| GAOERFU FURNITURE FACTORY and FOSHAN YUSHI FURNITURE CO., LTD., | |
| Defendants. | **Date:** September 23, 2011<br>**Time:** 8:30 a.m.<br>**Ctrm.:** 6, 17th Floor<br>**Judge:** Charles R. Breyer |

Pursuant to Local Rule 7-11, plaintiff Herman Miller, Inc. hereby submits this administrative request for a continuation of the Initial Case Management Conference, currently set for September 23, 2011 at 8:30 a.m.  Herman Miller respectfully submits there is good cause to continue the Case Management Conference because no defendants have yet appeared in this action.  The defendants are Chinese companies.

Herman Miller has had the complaint translated into Chinese and submitted it for service pursuant to the Hague Convention.  The materials were sent to an international process server in May 2011.  The process server has informed Herman Miller that service may not be effected until late January 2012.

This matter has been designated as related to Herman Miller, Inc. v. Zuo Modern, Inc., et al, case number 10-cv-01608, (DKT 8, "the Zuo case.")  The Zuo case has resolved, but the Joint

339534

-1-

1  Case Management Statement therein describes the facts and circumstances of the instant case.

2  (Zuo case, DKT 51.)

3  Dated:  September 16, 2011          HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

4

5                                     By: _____

6                                     STEPHEN P. ELLINGSON
                                      Attorneys for Plaintiff
7                                     HERMAN MILLER, INC.

8                              [~~PROPOSED~~] ORDER

9         GOOD CAUSE APPEARING THEREFORE, Herman Miller's administrative request for a

10  continuation of the Initial Case Management Conference is hereby granted.  Said motion is hereby

11  deemed filed as of the date of this Order.  The Initial Case Management Conference is hereby

12  continued to ___December 9__, 2011 at 8:30 a.m. in Courtroom 6, 17th Floor.

13

14  Dated: __September 19, 2011    _____

15                                HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE
16

17                                IT IS SO ORDERED

18                                Judge Charles R. Breyer

19

20

21

22

23

24

25

26

27

28

STATUS OF SERVICE AND ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER - CASE NO. 3:11-cv-00872-CRB